# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BENITO SUAREZ PEREZ,

        Plaintiff(s),

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Defendant(s).

Case No. 2:13-cv-1327-APG-NJK

ORDER DENYING DEFENDANT'S PROPOSED DISCOVERY PLAN WITHOUT PREJUDICE

(Docket No. 18)

      Pending before the Court is Defendant's individually-filed proposed discovery plan. Docket No. 18. Defendant indicates that the discovery plan was not jointly filed because Plaintiff's counsel failed to respond to Defendant's counsel's communications regarding the discovery plan. *Id.* at 1 n.1. Discovery plans are to be submitted as a joint stipulation. *See* Local Rule 26-1(d) ("the parties shall submit a stipulated discovery plan"). Because the discovery plan was not submitted as a stipulation, it is hereby **DENIED** without prejudice.

      Plaintiff's counsel is hereby **ORDERED** to contact Defendant's counsel no later than October 4, 2013 to discuss the discovery plan, and the parties shall submit a joint proposed discovery plan no later than October 7, 2013. To the extent Plaintiff's counsel fails to contact Defendant's counsel as ordered, Defendant's counsel shall file a notice to the Court so indicating, no later than October 8, 2013.

      IT IS SO ORDERED.

      DATED: October 1, 2013

                                      _____
                                      NANCY J. KOPPE
                                      United States Magistrate Judge