UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Benito Suarez Perez,<br><br>                      Plaintiff,<br>v.<br><br>Federal National Mortgage Association,<br><br>                      Defendant. | Case No. 2:13-cv-01327-APG-NJK<br><br>**ORDER:**<br>(1) ACCEPTING REPORT AND RECOMMENDATION,<br>(2) EXPUNGING LIS PENDENS AND "AFFIDAVIT OF FACT," AND<br>(3) DISMISSING CASE<br><br>(Dkt. #6, 22) |

On October 9, 2013, Magistrate Judge Koppe entered her Report and Recommendation [Dkt. #22], recommending that Plaintiff's Complaint be dismissed without prejudice. No objection has been filed to that Report and Recommendation. Thus, the Court is not obligated to conduct a de novo review of the Report. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made,* but not otherwise" (emphasis in original)). Nevertheless, this Court has conducted a de novo review of the issues set forth in the Report and Recommendation. Magistrate Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is accepted.

**IT IS FURTHER ORDERED** that the Plaintiff's Complaint shall be and is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that, in order to avoid prejudice to defendant Federal National Mortgage Association ("Fannie Mae"), Fannie Mae's Motion to Expunge Lis Pendens and "Affidavit of Fact" [Dkt. #6] is **GRANTED**.  The Clerk of the Court shall enter Judgment accordingly and close the case.

Dated: December 11, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE